JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 720 -- In re General Motors Class E Stock Buyout Securities Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 86/12/19 | 1 | MOTION, BRIEF, SCHEDULE -- (A-1 - A-3) Filed by Abraham Duman -- SUGGESTED TRANSFEREE DISTRICT -- SINGLE DISTRICT; SUGGESTED TRANSFEREE JUDGE:? -- w/cert. of svc. (rh) |
| 86/12/19 | 2 | LETTER -- (requesting an expedited hearing) -- Filed by Abraham Duman (rh) |
| 86/12/29 | | APPEARANCES: MICHAEL D. CRAIG, ESQ. for Abraham Duman, Patricia Reilly and Richard Kirchheimer; STEPHEN C. NEAL, ESQ. for General Motors Corporation; DENNIS J. BLOCK, ESQ. for Anne L. Armstrong, Donald J. Atwood, Catherine B. Cleary, Alexander A. Cunningham, James H. Evans, Walter, A. Fallon, Charles T. Fisher, III, Marvin L. Goldberger, Robert S. Hatfield, Raymond H. Herzog, John H. Horan, Howarad H. Kehrl, F. James McDonald, W. Earle McLaughlin, Thomas A. Murphy, Edward T. Pratt, Jr., James P. Robinson, III, Lloyd E. Reuss, John G. Smale, F. Alan Smith, Roger B. Smith, Robert C. Stempel, Leon H. Sullivan, Charles H. Townes, Dennis Weatherstone and Thomas H. Wyman (rh) |
| 87/01/06 | 3 | RESPONSE (to pldg. #1) -- Defts. General Motors Corporation's and Director Defendants -- w/Attachments and cert. of Svc. (paa) |
| 87/02/19 | | HEARING ORDER -- Setting motion to transfer for Panel Hearing on March 26, 1987 in San Diego, California (cds) |
| 87/02/24 | 4 | NOTICE OF THREE RELATED ACTIONS -- *Filed by General Motors --* Dubowski, Chertow and Watson, all have General Motors Corporation as deft. -- w/cert. of svc. (tmq) |
| 87/03/13 | 5 | MOTION, BRIEF, SCHEDULE (A-1 through B-8), EXHIBITS A - C, cert. of service -- pltfs. Louis Chertow and Philip Heller, etc. -- SUGGESTED TRANSFEREE DISTRICT: S.D. NEW YORK |
| 87/03/24 | | HEARING APPEARANCES: (3/26/87) -- FREDERIC F. BRACE, JR., ESQ. for Abraham Duman, STEPHEN C. NEAL, ESQ. for Deft. General Motors Corp.; DENNIS J. BLOCK, ESQ. for Anne L. Armstrong, et al.; MICHAEL J. FREED, ESQ. for Louis Chertow, etc. (tmq) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 720 -- In re General Motors Class E Stock Buyout Securities Litigation

| Date | No. | Pleading Description |
|---|---|---|
| 87/04/15 | 6 | NOTICE OF RELATED ACTION -- Filed by Arnold Levin Counsel for Sidney J. Silver, etc. -- Sidney J. Silver, etc. v. General Motors Corp., et al., S.D. New York, C.A. No. 87-CIV-1710 -- w/cert. of svc. (rh) |
| 87/04/24 | | CONSENT OF TRANSFEREE COURT -- For transfer of litigation to the District of Delaware to the Hon. Murray M. Schwartz. (tmq) |
| 87/04/24 | | TRANSFER ORDER -- Transferring A-1 thru A-3 and B-4, B-6 to the District of Delaware, pursuant to 28 U.S.C. §1407 -- Notified involved judges, clerks, counsel and misc. recipients. (tmq) |
| 87/05/07 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-5 Joan Wilson v. General Motors Corp., et al., D. Colorado, C.A. No. 86F-2553; B-7 Elliot Dubowski, etc. v. Roger Bonham Smith, et al., E.D. Michigan, C.A. No. 87-CV-70040DT, B-8 Paul Watson v. General Motors Corp., et al., E.D. Michigan, C.A. No. 87-CV-70425DT -- Notified involved counsel and judges. (tmq) |
| 87/05/26 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- B-5 Joan Wilson, etc. v. General Motors Corp., et al., D. Colorado, C.A. No. 86F-2553; B-7 Elliot Dubowski, etc. v. Roger Bonham Smith, et al., E.D. Michigan, C.A. No. 87-CV-70040DT and B-8 Paul Watson v. General Motors Corp., et al., E.D. Michigan, C.A. No. 87-CV-70425DT -- Notified involved judges and clerks (rh) |
| 87/06/01 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-9 Sidney J. Silver, etc. v. General Motor Corporation, et al., S.D. New York, C.A. No. 87-CV-1710 -- Notified involved counsel and judges (rh) |
| 87/06/17 | | CONDITIONAL TRANSFER ORDER FINAL TODAY C-9 Sidney J. Silver, etc. v. General Motor Corporation, et al., S.D. New York, C.A. No. 87-CV-1710 -- Notified involved clerks and judges. (tmq) |

| Date | No. | Description |
|---|---|---|
| 88/07/26 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-11 Milledge A. Hart, III v. General Motors Corporation, et al., S.D. New York, C.A. No. 88-Civ-4378 (TPG) -- Notified involved counsel and judges. (ds) |
| 88/08/02 | 7 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- **plaintiff in** C-11 Milledge A. Hart, III v. General Motors Corp., et al., S.D. New York, C.A. No. 88-Civ-4378 (TPG) -- Notified involved judges and counsel  (cds) |
| 88/08/17 | 8 | MOTION TO VACATE CONDITIONAL TRANSFER ORDER, W/BRIEF AND EXHIBITS A - E -- pltf. Milledge A. Hart, III -- w/cert. of service  (cds) |
| 88/08/17 | | HEARING ORDER -- setting opposition (C-11) to transfer for Panel hearing on September 29, 1988, Wash., D.C. (ds) |
| 88/09/06 | 9 | MEMORANDUM (to pldg. #8) -- Defendants General Motors Corp., Roger B. Smith and James H. Evans (GM defendants) -- w/exhibits A and B and cert. of svc. (ds) |
| 88/09/06 | 10 | MEMORANDUM  (to pldg. #8) -- Defendant H. Ross Perot w/cert. of svc.  (ds) |
| 88/09/14 | 11 | REPLY -- pltf. Milledge A. Hart, III -- w/Exhibits A and B and cert. of service  (cds) |
| 88/09/29 | | HEARING APPEARANCES:  MELVYN I. WEISS, ESQ. for Milledge A. Hart, III; ROBERT J. KOPECKY, ESQ. for General Motors Corp.; EVAN R. CHESLER, ESQ. for H. Ross Perot and IRWIN H. WARREN, ESQ. for Roger B. Smith and James H. Evans (hearing on 9/29/88 in Wash., D.C.) (rh) |
| 88/09/29 | | WAIVER OF ARGUMENT -- Lead Counsel for all pltfs. (hearing on 9/29/88 in Wash., D.C.) (rh) |
| 88/10/07 | | TRANSFER ORDER -- lifting stay of C-11 Milledge A. Hart, III v. General Motors Corp., et al., S.D. New York, c.A. No. 88-Civ-4378(TPG) -- Notified involved judges, clerks and counsel  (cds) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ___ -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 89/06/07 | 12 | NOTICE OF REASSIGNMENT OF JUDGE -- signed by Mr. J.R. McAllister, Jr., Clerk, D. Delaware -- dated May 26, 1989 (ds) |
| 89/06/07 | | ORDER REASSIGNING LITIGATION -- to Judge Joseph J. Farnan, Jr., D. Delaware for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 -- Notified involved counsel, clerks and judges (ds) |
| 92/03/02 | 13 | NOTICE OF REASSIGNMENT OF JUDGE -- signed by Mr. J.R. McAllister, Jr., Clerk, D. Delaware -- dated February 21, 1992 (kac) |
| 92/03/02 | | ORDER REASSIGNING LITIGATION -- to Judge Susan L. Robinson, D. Delaware for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 -- Notified involved counsel, clerks and judges (kac) |

JPML Form 1

Revised: 8/78

DOCKET NO. 720 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re General Motors Class E Stock Buyout Securities Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| March 26, 1987 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 4/24/87 | TO | Unpublished | D. Delaware | ~~Murray M. Schwartz~~ | |
| | 10/7/88 | TO | 696 F.Supp. 1546 | | ~~Joseph J. Farnan, Jr.~~ | |
| | 6/7/89 | Reassignment | | | Susan L. Robinson | |
| | 3/2/92 | Reassignment | | | | |

### Special Transferee Information

DATE CLOSED: 4/30/92

#8247

302-573 6170

JPML FORM 1                                LISTING OF INVOLVED ACTIONS                  District of Delaware
                                                                                         Judge Joseph J. Farnan, Jr.

DOCKET NO. __720__ -- In re General Motors Class E Stock Buyout Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Patricia Reilly v. General Motors Corp., et al. | Cal.,S. Rhoades | 86-2392-R(BTM) | 4/24/87 | 87-225 | 4/30/92D | |
| A-2 | Richard W. Kirchheimer v. General Motors Corp., et al. | Del. ~~Wright~~ | 86-577 | — | — | 4/30/92D | |
| A-3 | Abraham Duman, etc. v. General Motors Corp., et al. | Mich.,E. Zatkoff | 86-CV-75047DT | 4/24/87 | 87-226 | 4/30/92D | |
| B-4 | Louis Chertow, etc. v. General Motors Corp., et al. | N.Y.,S. Leval | 87-CIV-0686 | 4/24/87 | 87-228 | 4/30/92D | |
| B-5 | Joan Wilson v. General Motors Corp., et al. 5/7/87 | Colo. Finesilver | 86F-2553 | 5-26-87 | 87-314 | 4/30/92 | |
| B-6 | Philip Heller, et al. v. Roger B. Smith, et al. | Mich.,E. DeMascio | 86-CV-75126DT | 4/24/87 | 87-227 | 4/30/92D | |
| B-7 | Elliot Dubowski, etc. v. Roger Bonham Smith, et al. 5/7/87 | Mich.,E. Woods | 87-CV-70040DT | 5-26-87 | 87-309 (0040) | 4/30/92D | |
| B-8 | Paul Watson v. General Motors Corp., et al. 5/7/87 | Mich.,E. Cook | 87-CV-70425DT | 5-26-87 | 87-308 | 4/30/92D | |
| B-9 | Sidney J. Silver, etc. v. General Motor Corp., et al. 6-1-87 | S.D.N.Y. Broderick | 87-CV-1710 | 6/17/87 | 87-347 | 4/30/92 | |

DOCKET NO. 720 -- 

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-10 | Rose Y. Cohn v. General Motors Corp. July 1988 - 1 XYZ/10 Pending | Del. Schwartz | 87-151-S | | | ~~Pending~~ 4/30/92D | |
| C-11 | Milledge A. Hart, III v. General Motors Corp., et al. 7/26/88 opposed 8/2/88 July 1989 - 1 J2/11 Pending July 1990 - Same July 1991 - Same July 1992 - Same | S.D.N.Y. Griesa | 88-CIV-4378 (TPG) | 10/7/88 | 88-0603 MMS | 4/30/92D | ✓ |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 720 -- In re General Motors Class E Stock Buyout Securities Litigation

Per order of Judge Schwartz dated July 17, 1987

| | |
|---|---|
| LEAD COUNSEL FOR ALL PLAINTIFFS<br>Nicholas E. Chimicles, Esq.<br>Greenfield & Chimicles<br>One Haverford Center<br>361 West Lancaster Avenue<br>Post Office Box 100<br>Haverford, PA 19041-0100<br><br>LIAISON COUNSEL FOR ALL PLAINTIFFS<br>Clark W. Furlow, Esq.<br>Lassen, Smith, Katzenstein & Furlow<br>1220 Market Building<br>Post Office Box 410<br>Wilmington, DE 19899 | GENERAL MOTORS CORPORATION<br>William O. LaMotte, III, Esq.<br>Thomas Reed Hunt, Jr., Esq.<br>Morris, Nichols, Arsht & Tunnell<br>1105 North Market Street<br>Wilmington, DE 19899<br><br>INDIVIDIAL GENERAL MOTORS CORP. DIRECTOR DEFENDANTS (EXCLUDING THOSE REPRESENTED BY GROVER BROWN, ESQ. BELOW)<br>E. Norman Veasey, Esq.<br>R. Franklin Balotti, Esq.<br>Thomas A. Beck, Esq.<br>Richards, Layton & Finger<br>One Rodney Square<br>Post Office Box 551<br>Wilmington, DE 19899<br><br>INDIVIDUAL DEFENDANTS: DONALD J. ATWOOD, F. JAMES McDONALD, LLOYD E. REUSS, F. ALAN SMITH, ROGER B. SMITH, and ROBERT C. STEMPEL<br>Grover C. Brown, Esq.<br>Mary M. Johnston, Esq.<br>Morris, James, Hitchens & Williams<br>1105 North Market Street<br>Post Office Box 2306<br>Wilmington, DE 19899<br><br>H. ROSS PEROT<br>Bruce M. Stargatt, Esq.<br>David C. McBride, Esq.<br>Young, Conaway, Stargatt & Taylor<br>Rodney Square North<br>Post Office Box 391<br>Wilmington, DE 19899 |

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 720 -- In re General Motors Class E Stock Buyout Securities Litigation

---

PATRICIA REILLY (A-1)
RICHARD W. KIRCHHEIMER (A-2)
ABRAHAM DUMAN, ETC. (A-3)
Michael D. Craig, Esq.
Law Offices of Frederic F. Brace, Jr.
332 South Michigan Avenue
Suite 1858
Chicago, Illinois  60604

ANNE L. ARMSTRONG
DONALD J. ATWOOD
CATHERINE B. CLEARY
ALEXANDER A. CUNNINGHAM
JAMES H. EVANS
WALTER A. FALLON
CHARLES T. FISHER, III
MARVIN L. GOLDBERGER
ROBERT S. HATFIELD
RAYMOND H. HERZOG
JOHN H. HORAN
HOWARD H. KEHRL
F. JAMES MCDONALD
W. EARLE MCLAUGHLIN
THOMAS A. MURPHY
EDWARD T. PRATT, JR.
JAMES P. ROBINSON, III
LLOYD E. REUSS
JOHN G. SMALE
F. ALAN SMITH
ROGER B. SMITH
ROBERT C. STEMPEL
LEON H. SULLIVAN
CHARLES H. TOWNES
DENNIS WEATHERSTONE
THOMAS H. WYMAN
Dennis J. Block, Esq.
Weil, Gotshal & Manges
767 Fifth Avenue
New York, New York  10153

GENERAL MOTORS CORPORATION
Stephen C. Neal, Esq.
Kirkland & Ellis
200 East Randolph
Suite 6000
Chicago, Illinois  60601

LOUIS CHERTOW, ETC. (B-4)
PHILIP HELLER, ET AL. (B-6)
Michael J. Freed, Esq.
Much Shelist Freed Denenberg
  Ament & Eiger
200 North LaSalle Street
Suite 2100
Chicago, IL  60601-1095

Marvin A. Miller, esq.
Washlow, Chertow & Miller
30 North LaSalle Street
Chicago, IL  60602

JOAN WILSON, ETC (B-5)
Herbert L. Stern, Esq.
1890 Gaylord Street
Denver, Colorado  80206      Corr. ref.

Robert A. Holstein, Esq.
Holstein, Mack & Dupree
250 South Wacker Drive
16th Floor
Chicago, Illinois  60606

ELLIOT DUBOWSKI, ETC. (B-7)
Nicholas E. Chimicles, Esq.
Greenfield & Chimicles
361 W. Lancaster Ave.
Haverford, PA  19041

HENRY ROSS PEROT (Deft in B-7)
(Unable to determine counsel)

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. __2__

DOCKET NO. __720__ -- _____

---

~~PAUL WATSON (B-8)~~
~~David Buckfire, Esq.~~
~~Buckfire & Buckfire~~
~~2035 First National Bldg.~~
~~Detroit, Michigan 48226~~

*Corr. ret.*

Robert A. Holstein, Esq.
(Same As B-5)

~~SIDNEY J. SILVER, ETC. (B-9)~~
~~Arnold Levine, Esq.~~
~~David Jarslawicz, Esq.~~
~~Levin & Fishbein~~
~~Two Lafayette Street~~
~~New York, New York 10007~~

*Corr. Ret.*

MILLEDGE A. HART, III (C-11)
Melvin I. Weiss, Esq.
Milberg, Weiss, Bershad,
  Specthrie & Lerach
One Pennsylvania Plaza
New York, New York  10119-0165

JPML FORM 3

p. __1__

## COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __720__ -- In re General Motors Class E Stock Buyout Securities Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| General Motors Corporation | A-1, A-2, A-3 B4, B5, 6, 8, B-9, C-11 |
| Roger B. Smith | A-1, A-2, A-3 B4, 5, 7, 8, B-9, C-11 |
| Robert C. Stemple | A-1, A-2, A-3 B4, 5, 6, 8, B-9 |
| Lloyd E. Reuss | A-1, A-2, A-3 B4, 5, 6, 8, B-9 |
| Thomas A. Murphy | A-1, A-2, A-3 B4, 5, 6, 8, B-9 |
| Edmund T. Pratt, Jr. | A-1, A-2, A-3 B4, 5, 6, 8, B-9 |
| James D. Robinson, III | A-1, A-2, A-3 B4, 5, 6, 8, B-9 |
| Dennis Weatherstone | A-1, A-2, A-3 B4, 5, 6, 8 |
| F. James McDonald | A-1, A-2, A-3 B4, 5, 6, 8, B-9 |
| Howard H. Kehrl | A-1, A-2, A-3 B4, 5, 6, 8, B-9 |
| Donald J. Atwood | A-1, A-2, A-3 B4, 5, 6, 8, B-9 |

| Name | Codes |
|---|---|
| Alexander A. Cunningham | A-1, A-2, A-3, 6 |
| G. F. Alan Smith | A-1, A-2, A-3, B4, 5, 6, 8, B-9 |
| Anne L. Armstrong | A-1, A-2, A-3, B-4, 5, 6, 8, B-9 |
| Catherine B. Cleary | A-1, A-2, A-3, B4, 5, 6, 8, B-9 |
| James H. Evans | A-1, A-2, A-3, 4, 5, 6, 8, B-9, C-11 |
| Walter A. Fallon | A-1, A-2, A-3, 4, 5, 6, 8, B-9 |
| Charles T. Fisher, III | A-1, A-2, A-3, B4, 5, 6, 8, B-9 |
| Robert S. Hatfield | A-1, A-2, A-3, B6 |
| Raymond H. Herzog | A-1, A-2, A-3, B6 |
| John J. Horan | A-1, A-2, A-3, B4, 5, B6, 8, B-9 |
| W. Earle McLaughlin | A-1, A-2, A-3, 5, 6 |

JPML FORM 3

p. 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 720 -- In re General Motors Cals E Stock Buyout Securities

| Name of Party | Named as Party in Following Actions |
|---|---|
| John G. Smale | A-1, A-2, A-3, B-4, B-5, B-6, B-8, B-9 |
| Leon H. Sullivan | A-1, A-2, A-3, B-4, B-5, B-6, B-8 |
| Charles H. Townes | A-1, A-2, A-3, B-6 |
| Thomas H. Wyman | A-1, A-2, A-3, B-4, B-5, B-6, B-8 |
| Marvin Goldberger | B-4, B-5, B-6, B-8, B-9 |
| H. Ross Perto | B-4, B-7, C-11 |