JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

APR 24 1987

PATRICIA D. ......
CLERK OF THE PANEL

DOCKET NO. 720

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE GENERAL MOTORS CLASS E STOCK BUYOUT SECURITIES LITIGATION

TRANSFER ORDER*

    This litigation presently consists of five actions listed on the attached Schedule A and pending in four districts as follows: two actions in the Eastern District of Michigan and one action each in the Southern District of California, the District of Delaware and the Southern District of New York.[1/] Presently before the Panel is a motion, pursuant to 28 U.S.C. §1407, brought by plaintiff in one of the Michigan actions seeking centralization of the actions in a single forum for coordinated or consolidated pretrial proceedings. No responding party opposes centralization, but there is disagreement regarding selection of the transferee forum. Certain plaintiffs and one defendant support centralization in the Southern District of New York, while defendant General Motors Corporation (GM) and its directors support centralization in the District of Delaware.

---

\*  Judges Fred Daugherty and S. Hugh Dillin recused themselves and took no part in the decision of this matter. Judge Louis H. Pollak also took no part in the decision of this matter.

[1/] The motion before the Panel, as originally filed on December 19, 1986, pertained to only three actions: the Delaware action, the California action and one of the Michigan actions. The second Michigan action and the New York action are included in the matter before us because 1) plaintiffs in the two actions filed a cross-motion seeking Section 1407 centralization in the Southern District of New York of the three actions originally before the Panel, their two actions and three other related actions; and 2) while the cross-motion was not scheduled for oral argument at the Panel's March 26, 1987, hearing held in this docket, the parties to the second Michigan action and the New York action who were not otherwise subject to the original Section 1407 motion were granted permission to participate in the oral argument at the March 26th MDL-720 hearing. The remaining new actions listed in the cross-motion, as well as any other newly filed related actions, will be treated as potential tag-along actions, in accordance with Panel Rules 9 and 10, R.P.J.P.M.L., 89 F.R.D. 273, 278-80 (1981).

On the basis of the papers filed and the hearing held, the Panel finds that these five actions involve common questions of fact, and that centralization under Section 1407 in the District of Delaware will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. Each action is brought as a derivative and/or class action against GM and its board of directors alleging securities and/or common law violations in connection with the December 1, 1986, approval by GM's board of directors of a transaction pursuant to which GM repurchased stock and notes from H. Ross Perot. Transfer under Section 1407 is thus necessary in order to prevent duplication of discovery and avoid inconsistent pretrial rulings (especially with respect to class and derivative action issues).

In designating the District of Delaware as transferee forum, we note that 1) GM is a Delaware corporation; and 2) by centralizing this litigation in Delaware, it may be possible to more closely coordinate federal discovery with four related actions that have been filed in Delaware Chancery Court.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the actions listed on the attached Schedule A and pending in districts other than the District of Delaware be, and the same hereby are, transferred to the District of Delaware and, with the consent of that court, assigned to the Honorable Murray M. Schwartz for coordinated or consolidated pretrial proceedings with the actions listed on Schedule A and pending in that district.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

SCHEDULE A

MDL-720 -- In re General Motors Class E Stock Buyout Securities Litigation

### Southern District of California

Patricia Reilly v. General Motors Corp., et al.,
C.A. No. 86-2392-R(BTM)

### District of Delaware

Richard W. Kirchheimer v. General Motors Corp., et al.,
C.A. No. 86-577

### Eastern District of Michigan

Abraham Duman, etc. v. General Motors Corp., et al.,
C.A. No. 86-CV-75047DT
Philip Heller, et al. v. Roger B. Smith, et al.,
C.A. No. 86-CV-75126DT

### Southern District of New York

Louis Chertow, etc. v. General Motors Corp., et al..
C.A. No. 87-CIV-0686

```
                                    JUDICIAL PANEL ON
                                   MULTIDISTRICT LITIGATION
                                          FILED

                                       JUN -7 1989

                                   PATRICIA D. HOWARD
                                   CLERK OF THE PANEL
```

DOCKET NO. 720

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE GENERAL MOTORS CLASS E STOCK BUYOUT SECURITIES LITIGATION

ORDER REASSIGNING LITIGATION

The actions in the above litigation have been reassigned to the Honorable Joseph J. Farnan, Jr., in accordance with the Local Rules for the United States District Court for the District of Delaware.

IT IS THEREFORE ORDERED that the above-captioned litigation be, and the same hereby is, reassigned to the Honorable Joseph J. Farnan, Jr., for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407.

FOR THE PANEL:

*Andrew A. Caffrey*
Andrew A. Caffrey
Chairman

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

MAR 2 1992

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 720

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE GENERAL MOTORS CLASS E STOCK BUYOUT SECURITIES LITIGATION

ORDER REASSIGNING LITIGATION

The actions in the above litigation have been reassigned to the Honorable Sue L. Robinson in accordance with the Local Rules for the United States District Court for the District of Delaware.

IT IS THEREFORE ORDERED that the above-captioned litigation be, and the same hereby is, reassigned to the Honorable Sue L. Robinson for coordinated or consolidated pretrial proceedings pursuant to 28 U.S. C. §1407.

FOR THE PANEL:

John F. Nangle
Chairman